**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :
                                                                 :   Case No. 1:18-cv-00437-NG-PK
                                        Plaintiff,               :
                                                                 :
                      vs.                                        :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
68.175.42.147,                                                   :
                                                                 :
                                        Defendant.               :
-----------------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 68.175.42.147, are voluntarily dismissed without prejudice because the internet-service provider remains unable to identify or locate the Defendant.  Although it appears Defendant has filed an appearance in this case, because Defendant's ISP has indicated it cannot identify Defendant with certainty, out of an abundance of caution, Plaintiff is dismissing this case.

1

Dated: June 18, 2018 Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By: /s/ *Shireen Nasir*
Shireen Nasir, Esq.
snasir@foxrothschild.com
101 Park Avenue
17th Floor
New York NY 10178
Tel.: (212) 878-7900
Fax: (212) 692-0940
www.foxrothschild.com
*Attorneys for Plaintiff*